UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Larrima Davis,

                Plaintiffs,

- against -

Annette Phillips,

                Defendant.

21-cv-4990 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff has filed a motion for a preliminary injunction. The defendant should respond to the motion twenty-one (21) days after being served with the summons, complaint, motion for a preliminary injunction and a copy of this order. The plaintiff may reply fourteen (14) days thereafter.

SO ORDERED.

Dated:   New York, New York
          June 8, 2021

                                          John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/08/2021