UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Larrima Davis,

                Plaintiff,

    - against -

Annette Phillips,

                Defendant.

21-cv-4990 (JGK)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _7.8.21_

**JOHN G. KOELTL, District Judge:**

The time for the defendant, Annette Phillips, to respond to the complaint is extended to **July 23, 2021**. Therefore, the request for a certificate of default is denied.

The time for the defendant to respond to the motion for a preliminary injunction is extended to **July 23, 2021**. The time to reply is extended to **July 30, 2021**.

**SO ORDERED.**

Dated:    New York, New York
          July 8, 2021

                         John G. Koeltl
                    United States District Judge

Copy mailed to pro se party(ies)
at docket address