```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LARRIMA DAVIS,                              21-cv-4990 (JGK)

              Plaintiff,                ORDER

    - against -

ANNETTE PHILLIPS,

              Defendant.

JOHN G. KOELTL, District Judge:

The parties are directed to appear in person for oral argument regarding the plaintiff's motion for a preliminary injunction on **September 24, 2021 at 2:30 p.m.** in Courtroom 14A at 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:    New York, New York
           August 12, 2021

                                            _/s/ John G. Koeltl_
                                              John G. Koeltl
                                        United States District Judge

[Stamp: Copy mailed to pro se party(ies) at docket address]