UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LARRIMA DAVIS,                                21-cv-4990 (JGK)

                    Plaintiff,               ORDER

        - against -

ANNETTE PHILLIPS,

                                             ┌─────────────────────────────┐
                    Defendant.               │  Copy mailed to pro se party(ies) │
                                             │                             │
                                             │      at docket address      │
---                                          └─────────────────────────────┘

JOHN G. KOELTL, District Judge:

    In view of the oral argument scheduled for September 24, 2021
at 2:30 p.m. in Courtroom 14A at 500 Pearl Street, New York, NY
10007, the conference scheduled for September 13, 2021, at 4:30
p.m. is canceled.

SO ORDERED.

Dated:    New York, New York
          September 10, 2021

                                        John G. Koeltl
                                 United States District Judge