UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LARRIMA DAVIS,                                          21-cv-4990 (JGK)

              Plaintiff,                      ORDER

    - against -

ANNETTE PHILLIPS,

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court referred this case for mediation to the Court's Alternative Dispute Resolution program in an Order dated September 24, 2021. ECF No. 27.

    The Clerk of Court is directed to locate pro bono counsel to represent the defendant at the mediation. The time to assign a mediator under Local Rule 83.9 and the Court's Mediation Program Procedures will be deferred until pro bono counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. Pro bono counsel will represent the defendant solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

    Any objection by the defendant to either the mediation or to the appointment of pro bono counsel to represent the defendant in the mediation must be filed within 14 days of this order.

SO ORDERED.

Dated:    New York, New York
           November 15, 2021

                                                 /s/ John G. Koeltl
                                               John G. Koeltl
                                      United States District Judge